MYRTLE A. SEGAR, as Executrix of and Trustee under the Will of ELZIE C. SEGAR, Deceased, Respondent, *v.* KING FEATURES SYNDICATE, INC., Appellant.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument and for a stay denied, with ten dollars costs and necessary printing disbursements.   (See 289 N. Y. 579.)